IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 6 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-02535-BNB

LEONCIO McDARIS BALD EAGLE,

    Plaintiff,

v.

SUSAN JONES,
MELODY BENALDI,
JOHNNY QUINTANNA,
MICHAEL TONY YOUNG,
ROBERT GONZALES,
GRETCHEN,
ALICE LEIHMAN,
OWENS,
CARRIE HERMAN,
CASSIE,
MONICA GONZALES,
ANGIE RAMIREZ,
NIKKI MACANERAS,
JENNIFER VEGIL,
SARA JORDAN,
MARLA RAY,
ANGIE STRICKLAND,
DESREA PADILLA,
JOHNATHAN JIMMY HAWTHORNE, and
PAUL MALCOLM ZEPHYER,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 6, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02535-BNB

Leoncio M. Bald Eagle
Doc No. 117944
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 6, 2011.

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                          Deputy Clerk