IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02535-CMA-MEH

LEONCIO McDARIS BALD EAGLE,

    Plaintiff,

v.

SUSAN JONES,
MELODY BENALDI,
JOHNNY QUINTANNA,
MICHAEL TONY YOUNG,
ROBERT GONZALES,
GRETCHEN,
ALICE LEIHMAN,
OWENS,
CARRIE HERMAN,
CASSIE,
MONICA GONZALES,
ANGIE RAMIREZ,
NIKKI MACANERAS,
JENNIFER VEGIL,
SARA JORDAN,
MARLA RAY,
ANGIE STRICKLAND,
DESREA PADILLA,
JOHNATHAN JIMMY HAWTHORNE, and
PAUL MALCOLM ZEPHYER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated: <u>January 10, 2011</u>

BY THE COURT:

*Christine M Arguello*
_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02535-REB- KLM

Leoncio McCaris Bald Eagle
Prisoner No. 117944
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Johnny Quintana, Michael Tony Young,
and Robert Gonzales

Susan Jones, Melody Benaldi, Lt. Gretchen, Alice Leihman, Sgt. Owens,
Carrie Herman, C/O Cassie, Monica Gonzales, Angie Ramirez, Nikki Macaneras,
Jennifer Vegil, Sara Jordan, Marla Ray, Angie Strickland, Desrea Padilla,
Johnathan Jimmy Hawthorne, and Paul Malcolm Zephyer – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Susan Jones, Melody Benaldi, Lt. Gretchen, Alice Leihman, Sgt. Owens, Carrie Herman, C/O Cassie, Monica Gonzales, Angie Ramirez, Nikki Macaneras, Jennifer Vegil, Sara Jordan, Marla Ray, Angie Strickland, Desrea Padilla, Johnathan Jimmy Hawthorne, and Paul Malcolm Zephyer; to the United States Marshal Service for service of process on Johnny Quintana, Michael Tony Young, and Robert Gonzales: COMPLAINT FILED 10/18/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/11/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk